# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kent Fiebelkorn, | Civil No. 09-143 (RHK-SRN) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| IKON Office Solutions, Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. No. 70), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, and each party shall bear their own costs, disbursements and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 3, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge